AO 91 (Rev. 11/11) Criminal Complaint

# UNITED STATES DISTRICT COURT
for the
Northern District of New York

U.S. DISTRICT COURT - N.D. OF N.Y.
**FILED**
JAN 30 2026
AT_____ O'CLOCK_____
John M. Domurad, Clerk - Albany

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| v. | ) |
| KENNETH TROTTER | ) Case No. 1:26mj22 DJS |
| | ) |
| | ) |
| | ) |
| | ) |
| Defendant. | ) |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of January 11 through January 13, 2026 in the county of Fulton in the Northern District of New York the defendant violated:

| Code Section | Offense Description |
|---|---|
| 18 U.S.C. §§ 1551(a)(1), 1594(a) | Attempted sex trafficking of minors |
| 18 U.S.C. § 2422(b) | Attempted coercion and enticement |

This criminal complaint is based on these facts:
See attached affidavit.

☒ Continued on the attached sheet.

_____
Complainant's signature
Brandon Hudson, FBI TFO
*Printed name and title*

Attested to by the affiant in accordance with Rule 4.1 of the Federal Rules of Criminal Procedure.

Date: 1/30/26

_____
Judge's signature

City and State:   Albany, New York                    Hon. Daniel J. Stewart, U.S. Magistrate Judge
*Printed name and title*

U.S. DISTRICT COURT - N.D. OF N.Y.
FILED
JAN 3 0 2026
AT_____O'CLOCK_____
John M. Domurad, Clerk - Albany

1:26 mj 22 DJS

## Affidavit in Support of a Criminal Complaint

I, Brandon J. Hudson, having been first duly sworn, do hereby depose and state as follows:

1.  I am a Senior Investigator with the New York State Police and Task Force Officer (TFO) with the Federal Bureau of Investigation (FBI). I have been employed by the New York State Police since June 2004 and the FBI since February 2017. I am currently assigned as a TFO to the Albany Division of the FBI, with the Child Exploitation and Human Trafficking Task Force ("CEHTTF"), located in Albany, New York. My assignments include investigating violations of federal law — specifically, violent criminal offenses against children, including those involving the sexual exploitation of children. I am currently investigating federal violations concerning the sexual exploitation of children and the sexual trafficking of children.

2.  I am an investigative or law enforcement officer of the United States within the meaning of Title 18, United States Code, Section 2510(7) — that is, I am an officer of the United States who is empowered by law to conduct investigations of offenses enumerated in Title 18, United States Code, Section 2516(1). As an FBI TFO, I am authorized to seek and execute federal arrest and search warrants for Title 18 criminal offenses, including offenses related to the attempted sex trafficking of minors, in violation of Title 18, United States Code, Sections 1591(a)(1) and 1594(a), and attempted coercion and enticement, in violation of Title 18, United States Code, Section 2422(b).

3.  The statements contained in this affidavit are based upon my investigation, information provided by other law enforcement officers, and on my experience and training. As this affidavit is being submitted for the limited purpose of securing a criminal complaint, I have not included each and every fact known to me concerning this investigation. I have set forth only

1

the facts that I believe are necessary to establish probable cause to believe that KENNETH TROTTER has violated Title 18, United States Code, Sections 1591(a)(1), 1594(a), and 2422(b)

## Probable Cause

1. On January 11, 2026, a law enforcement officer acting in an undercover capacity (hereinafter "UC") posing as a 14-year-old female, posted an ad on a social-networking website located on the Internet. The website is a known site for prostitution and human sex trafficking.

2. On January 11, 2026, at approximately 5:42 pm, the UC received a response via text message from telephone number 518-XXX-XXXX (REDACTED), asking "Looking for a visit whereabouts are you located?." At approximately 5:43pm, the UC responded. The text conversation between the UC and the subject continued for three days and is provided below:

| Date | Time | Number | Type | Direction | Content | Min. | File Name |
|---|---|---|---|---|---|---|---|
| 2026/01/11 | 05:42:59 PM EST | | SMS | Incoming | Looking for a visit whereabouts are you located? | | 2026-01-11_17-42-59_EST_938c_01.txt |
| 2026/01/11 | 05:43:33 PM EST | | SMS | Outgoing | gloversville | | 2026-01-11_17-43-33_EST_6c30_01.txt |
| 2026/01/11 | 05:44:29 PM EST | | SMS | Incoming | Age, nationality | | 2026-01-11_17-44-29_EST_71ec_01.txt |
| 2026/01/11 | 05:45:07 PM EST | | SMS | Outgoing | im a white girl | | 2026-01-11_17-45-07_EST_902f_01.txt |
| 2026/01/11 | 05:45:33 PM EST | | SMS | Incoming | Okay I'm German | | 2026-01-11_17-45-33_EST_4cd5_01.txt |
| 2026/01/11 | 05:45:37 PM EST | | SMS | Incoming | Age ? | | 2026-01-11_17-45-37_EST_cf57_01.txt |
| 2026/01/11 | 05:45:47 PM EST | | SMS | Incoming | So I know you're real. Send me a picture of the two fingers thank you. | | 2026-01-11_17-45-47_EST_d22f_01.txt |
| 2026/01/11 | 05:45:53 PM EST | | SMS | Incoming | People playing a lot of picture games | | 2026-01-11_17-45-53_EST_0c37_01.txt |
| 2026/01/11 | 05:46:05 PM EST | | SMS | Outgoing | im 14 | | 2026-01-11_17-46-05_EST_d7a1_01.txt |

| Date | Time | | Type | Dir | Message | Filename |
|---|---|---|---|---|---|---|
| 2026/01/11 | 05:46:39 PM EST | | SMS | Outgoing | im younger 😊 | 2026-01-11_17-46-39_EST_95fd_01.txt |
| 2026/01/11 | 05:47:01 PM EST | | SMS | Incoming | What do you charge? | 2026-01-11_17-47-01_EST_d338_01.txt |
| 2026/01/11 | 05:47:56 PM EST | | SMS | Incoming | Hold up two fingers and send me a picture so I know you're real<br>People post pictures that are not of them, crazy how people play games | 2026-01-11_17-47-56_EST_d6ba_01.txt |
| 2026/01/11 | 05:48:26 PM EST | | SMS | Incoming | Let me know if your trying to to link | 2026-01-11_17-48-26_EST_6e1e_01.txt |
| 2026/01/11 | 05:50:18 PM EST | | SMS | Outgoing | what do you mean trying to link? | 2026-01-11_17-50-18_EST_1fe3_01.txt |
| 2026/01/11 | 05:50:39 PM EST | | SMS | Incoming | Get together | 2026-01-11_17-50-39_EST_6e08_01.txt |
| 2026/01/11 | 05:51:03 PM EST | | SMS | Outgoing | yes looking to make some money | 2026-01-11_17-51-03_EST_8488_01.txt |
| 2026/01/11 | 05:51:27 PM EST | | SMS | Incoming | I'm still waiting for you to send me a picture. I'm about two fingers so I know you're real and you're not talking from some other country scamming. | 2026-01-11_17-51-27_EST_2060_01.txt |
| 2026/01/11 | 05:51:29 PM EST | | SMS | Incoming | Love | 2026-01-11_17-51-29_EST_d5ea_01.txt |
| 2026/01/11 | 05:53:27 PM EST | | SMS | Incoming | ? | 2026-01-11_17-53-27_EST_6042_01.txt |
| 2026/01/11 | 05:54:15 PM EST | | SMS | Outgoing | ok i guess i can | 2026-01-11_17-54-15_EST_c98b_01.txt |
| 2026/01/11 | 05:54:22 PM EST | | SMS | Incoming | So that's what I'm waiting on baby girl picture<br>And how much you want<br>And what your schedule looks like to meet up if today works for you | 2026-01-11_17-54-22_EST_ba4d_01.txt |
| 2026/01/11 | 05:56:23 PM EST | | SMS | Outgoing | sorry i want it to be a good one | 2026-01-11_17-56-23_EST_342b_01.txt |
| 2026/01/11 | 05:57:30 PM EST | | SMS | Incoming | It's OK it's just holding up two fingers and taking a picture<br>Nothing crazy I'm not a creep<br>I'm not asking for anything inappropriate | 2026-01-11_17-57-30_EST_710b_01.txt |
| 2026/01/11 | 05:57:35 PM EST | | SMS | Incoming | Respectfully | 2026-01-11_17-57-35_EST_6412_01.txt |
| 2026/01/11 | 06:12:35 PM EST | | SMS | Incoming | Okay | 2026-01-11_18-12-35_EST_e1f0_01.txt |
| 2026/01/11 | 06:45:47 PM EST | | SMS | Incoming | Are you busy | 2026-01-11_18-45-47_EST_0c7b_01.txt |

| 2026/01/11 | 06:49:25 PM EST | | SMS | Outgoing | hey sorry you didnt get the pic? | 2026-01-11_18-49-25_EST_fe10_01.txt |
|---|---|---|---|---|---|---|
| 2026/01/11 | 06:51:13 PM EST | | SMS | Incoming | No | 2026-01-11_18-51-13_EST_4133_01.txt |
| 2026/01/11 | 06:53:45 PM EST | | SMS | Outgoing | what are we going to do anyway | 2026-01-11_18-53-45_EST_dadd_01.txt |
| 2026/01/11 | 06:57:22 PM EST | | MMS | Outgoing | | 2026-01-11_18-57-22_EST_c76001.jpg |
| 2026/01/11 | 07:05:12 PM EST | | SMS | Outgoing | did you get it this time | 2026-01-11_19-05-12_EST_c542_01.txt |
| 2026/01/11 | 07:39:35 PM EST | | SMS | Incoming | You're beautiful, you look a little different in the other picture cause you got your hair out | 2026-01-11_19-39-35_EST_f476_01.txt |
| 2026/01/11 | 07:39:58 PM EST | | SMS | Incoming | You look good with your hair out Send me one with your hair out What's your name anyways, baby girl? | 2026-01-11_19-39-58_EST_29ea_01.txt |
| 2026/01/11 | 07:40:02 PM EST | | SMS | Incoming | I'm Lee | 2026-01-11_19-40-02_EST_5f09_01.txt |
| 2026/01/11 | 07:40:28 PM EST | | SMS | Outgoing | Shelly | 2026-01-11_19-40-28_EST_4cbe_01.txt |
| 2026/01/11 | 07:40:32 PM EST | | SMS | Outgoing | hi Lee | 2026-01-11_19-40-32_EST_475b_01.txt |
| 2026/01/11 | 07:41:37 PM EST | | MMS | Outgoing | | 2026-01-11_19-41-37_EST_4bc601.jpg |
| 2026/01/11 | 07:42:43 PM EST | | SMS | Outgoing | hows that | 2026-01-11_19-42-43_EST_9487_01.txt |
| 2026/01/11 | 07:47:07 PM EST | | SMS | Incoming | Pretty name I'm surprised you ain't got a boyfriend girl you're pretty | 2026-01-11_19-47-07_EST_92bd_01.txt |
| 2026/01/11 | 07:47:24 PM EST | | SMS | Incoming | Do you live with your mom and dad? What are they like? Did they let you do whatever you want? | 2026-01-11_19-47-24_EST_88cb_01.txt |
| 2026/01/11 | 07:51:30 PM EST | | SMS | Outgoing | it is just mom and me, she works late nights so I'm home alone. No dad. | 2026-01-11_19-51-30_EST_4334_01.txt |
| 2026/01/11 | 08:02:08 PM EST | | SMS | Incoming | That sucks what happened to your dad? | 2026-01-11_20-02-08_EST_4b00_01.txt |
| 2026/01/11 | 08:02:38 PM EST | | SMS | Incoming | What is your mom like when she treats you well | 2026-01-11_20-02-38_EST_d671_01.txt |
| 2026/01/11 | 08:02:54 PM EST | | SMS | Incoming | I don't know who my dad is. I was taken away from my mother when I was younger and placed in foster care. | 2026-01-11_20-02-54_EST_b36a_01.txt |

4

| Date | Time | | Type | Dir | Message | File |
|---|---|---|---|---|---|---|
| 2026/01/11 | 08:04:21 PM EST | | SMS | Outgoing | nothing just not in my life. i don't even really know him | 2026-01-11_20-04-21_EST_d53a_01.txt |
| 2026/01/11 | 08:07:02 PM EST | | SMS | Incoming | Is your mom cool, or paying your ass but she'll let you do whatever you want | 2026-01-11_20-07-02_EST_12d1_01.txt |
| 2026/01/11 | 08:08:21 PM EST | | SMS | Incoming | It's freaking snowing out again | 2026-01-11_20-08-21_EST_92da_01.txt |
| 2026/01/11 | 08:08:42 PM EST | | SMS | Outgoing | no i have to sneak around. she tries her best to be all in my business | 2026-01-11_20-08-42_EST_9c7f_01.txt |
| 2026/01/11 | 08:10:50 PM EST | | SMS | Incoming | Yeah, I had to do the same thing with my foster parents | 2026-01-11_20-10-50_EST_eeb8_01.txt |
| 2026/01/11 | 08:10:55 PM EST | | SMS | Incoming | What do you need money for a girl? | 2026-01-11_20-10-55_EST_7523_01.txt |
| 2026/01/11 | 08:12:31 PM EST | | SMS | Outgoing | mom is moving us to Virginia and I'm trying to make some cash so my boyfriend can come too. | 2026-01-11_20-12-31_EST_c38f_01.txt |
| 2026/01/11 | 08:13:34 PM EST | | SMS | Incoming | Are you excited that she's moving to Virginia? Have you been there before? | 2026-01-11_20-13-34_EST_4aee_01.txt |
| 2026/01/11 | 08:13:45 PM EST | | SMS | Incoming | How old is your boyfriend? | 2026-01-11_20-13-45_EST_f3b7_01.txt |
| 2026/01/11 | 08:15:03 PM EST | | SMS | Outgoing | mom has friends there and he is almost 16. do you have a wife? | 2026-01-11_20-15-03_EST_d02c_01.txt |
| 2026/01/11 | 08:17:13 PM EST | | SMS | Incoming | Hell no | 2026-01-11_20-17-13_EST_8ab1_01.txt |
| 2026/01/11 | 08:17:29 PM EST | | SMS | Incoming | What are you charging | 2026-01-11_20-17-29_EST_864d_01.txt |
| 2026/01/11 | 08:17:42 PM EST | | SMS | Incoming | Did you tell your boyfriend what you're doing when it comes to your post? | 2026-01-11_20-17-42_EST_aefc_01.txt |
| 2026/01/11 | 08:18:08 PM EST | | SMS | Incoming | How's he gonna move to Virginia if he's only 16? | 2026-01-11_20-18-08_EST_2b72_01.txt |
| 2026/01/11 | 08:18:20 PM EST | | SMS | Outgoing | hell no..lol | 2026-01-11_20-18-20_EST_1e0f_01.txt |
| 2026/01/11 | 08:20:47 PM EST | | SMS | Outgoing | well i have charged 25 befor for a quick bj and 60 for fast sex. but you have to bring a condom and take it with you when we are done. | 2026-01-11_20-20-47_EST_c43d_01.txt |
| 2026/01/11 | 08:24:23 PM EST | | SMS | Incoming | Take it with me why That's strange | 2026-01-11_20-24-23_EST_2fe9_01.txt |
| 2026/01/11 | 08:24:28 PM EST | | SMS | Outgoing | you the cops you are asking a lot about my biz 💀 | 2026-01-11_20-24-28_EST_7e8c_01.txt |

| 2026/01/11 | 08:24:42 PM EST | | SMS | Incoming | No | 2026-01-11_20-24-42_EST_41d9_01.txt |
|---|---|---|---|---|---|---|
| 2026/01/11 | 08:24:52 PM EST | | SMS | Incoming | No, you're very beautiful and I would like to be your friend | 2026-01-11_20-24-52_EST_0acc_01.txt |
| 2026/01/11 | 08:25:10 PM EST | | SMS | Outgoing | cause i cant have mom finding it in the trash or something | 2026-01-11_20-25-10_EST_7475_01.txt |
| 2026/01/11 | 08:25:38 PM EST | | SMS | Incoming | If she's in the house, isn't she gonna hear? | 2026-01-11_20-25-38_EST_3174_01.txt |
| 2026/01/11 | 08:25:55 PM EST | | SMS | Incoming | Most people have cameras I would imagine, I'm surprised she's not always watching you, baby girl | 2026-01-11_20-25-55_EST_3179_01.txt |
| 2026/01/11 | 08:26:05 PM EST | | SMS | Incoming | Are you on birth control? | 2026-01-11_20-26-05_EST_c578_01.txt |
| 2026/01/11 | 08:30:27 PM EST | | SMS | Outgoing | oh hell no we can do it when she is at work. She works nights at the casino | 2026-01-11_20-30-27_EST_af9a_01.txt |
| 2026/01/11 | 08:30:41 PM EST | | SMS | Outgoing | mom can't afford cameras | 2026-01-11_20-30-41_EST_e90b_01.txt |
| 2026/01/11 | 08:31:21 PM EST | | SMS | Outgoing | i am not on birth control that's why you would have to bring a condom. | 2026-01-11_20-31-21_EST_b2fb_01.txt |
| 2026/01/11 | 08:31:37 PM EST | | SMS | Incoming | Are you with your boyfriend now? What does her schedule look like for tonight? For me to meet up with you | 2026-01-11_20-31-37_EST_184f_01.txt |
| 2026/01/11 | 08:32:01 PM EST | | SMS | Incoming | I take it your boyfriend don't know what you're doing, baby girl That's love | 2026-01-11_20-32-01_EST_6a35_01.txt |
| 2026/01/11 | 08:32:11 PM EST | | SMS | Incoming | That kind of sucks when she plan on moving to Virginia I like talking to you | 2026-01-11_20-32-11_EST_fdc8_01.txt |
| 2026/01/11 | 08:35:13 PM EST | | SMS | Outgoing | no one knows hahaha | 2026-01-11_20-35-13_EST_d3b7_01.txt |
| 2026/01/11 | 08:35:44 PM EST | | SMS | Outgoing | no the boyfriend is not allowed to come here | 2026-01-11_20-35-44_EST_403e_01.txt |
| 2026/01/11 | 08:38:27 PM EST | | SMS | Incoming | Omg, that's crazy. Your mom won't let your boyfriend come over and hang out with you, especially since she knows that you love him. | 2026-01-11_20-38-27_EST_2c89_01.txt |
| 2026/01/11 | 08:38:53 PM EST | | SMS | Incoming | What does your schedule look like tonight? I have a few more things I have to do, and then I can head your way. What is the address? | 2026-01-11_20-38-53_EST_db94_01.txt |
| 2026/01/11 | 08:39:13 PM EST | | SMS | Incoming | Your neighbors never say anything to your mom when people stop there at your place at night when your mom is not there You know how neighbors are being nosy | 2026-01-11_20-39-13_EST_debb_01.txt |

6

| Date | Time | | Type | Dir | Message | File |
|---|---|---|---|---|---|---|
| 2026/01/11 | 08:42:03 PM EST | | SMS | Outgoing | how far are you from Gloversville? 😳 my mom is still here. i am guessing she didn't have to work tonight | 2026-01-11_20-42-03_EST_a938_01.txt |
| 2026/01/11 | 08:44:53 PM EST | | SMS | Outgoing | she usually works from 4 to 4 | 2026-01-11_20-44-53_EST_7fc6_01.txt |
| 2026/01/11 | 08:49:56 PM EST | | SMS | Incoming | So what night is good for us to meet up? | 2026-01-11_20-49-56_EST_0b15_01.txt |
| 2026/01/11 | 08:52:14 PM EST | | SMS | Outgoing | give me a few!!! i will see if i can see if mom works and when. 😊 | 2026-01-11_20-52-14_EST_aebd_01.txt |
| 2026/01/11 | 09:11:07 PM EST | | SMS | Outgoing | heyy  mom works tomorrow 😊 | 2026-01-11_21-11-07_EST_7db0_01.txt |
| 2026/01/11 | 10:29:40 PM EST | | SMS | Incoming | Okay | 2026-01-11_22-29-40_EST_0d44_01.txt |
| 2026/01/11 | 10:30:15 PM EST | | SMS | Outgoing | 😊 | 2026-01-11_22-30-15_EST_a82b_01.txt |
| 2026/01/11 | 10:36:49 PM EST | | SMS | Incoming | Kiss | 2026-01-11_22-36-49_EST_e6a5_01.txt |
| 2026/01/11 | 11:11:14 PM EST | | SMS | Incoming | Wyd | 2026-01-11_23-11-14_EST_0d53_01.txt |
| 2026/01/11 | 11:11:30 PM EST | | SMS | Incoming | I'm bored | 2026-01-11_23-11-30_EST_1944_01.txt |
| 2026/01/12 | 01:02:16 AM EST | | SMS | Incoming | I was thinking if you are having a sexual relationship with your boyfriend, you should definitely be on birth control to be on the safe side. That's why I was asking if you were on birth control<br>I do not want to do anything with you sexually youâ re too young baby girl, you seem like a cool person to have as a friend. I realize you are trying to make money, because you will be going to Virginia If you got cash app, I can send you $50 hopefully that will help out with your boyfriend. Keep in mind it is winter time every time it snows I remember growing up I used to shovel people sidewalk for extra money as well. So that might be something if you havenâ t thought about it you can get some extra money doing that as well. But I'll talk to you soon, send over your cash app | 2026-01-12_01-02-16_EST_bece_01.txt |
| 2026/01/12 | 01:02:42 AM EST | | SMS | Incoming | Or we can meet at some point, at a store or something, and I can throw you 50 bucks, to go towards your plan | 2026-01-12_01-02-42_EST_a7d1_01.txt |
| 2026/01/12 | 03:23:43 PM EST | | SMS | Outgoing | hey sorry was in school | 2026-01-12_15-23-43_EST_d03a_01.txt |

7

| Date | Time | Type | Dir | Message | File |
|---|---|---|---|---|---|
| 2026/01/12 | 03:24:16 PM EST | SMS | Outgoing | i can't leave my house mom has me on life 360 | 2026-01-12_15-24-16_EST_6025_01.txt |
| 2026/01/13 | 06:03:09 PM EST | Call | Incoming | ~~[redacted]~~ 6:52 | 2026-01-13_18-03-09_EST.wav |
| 2026/01/13 | 06:03:34 PM EST | SMS | Incoming | I'll see you at 9 o'clock | 2026-01-13_18-03-34_EST_8391_01.txt |
| 2026/01/13 | 06:03:40 PM EST | SMS | Incoming | Are you using your regular cell phone number? | 2026-01-13_18-03-40_EST_a7b9_01.txt |
| 2026/01/13 | 06:04:56 PM EST | SMS | Outgoing | no momtracs my phone so i have an app so she can not see it | 2026-01-13_18-04-56_EST_8129_01.txt |
| 2026/01/13 | 06:05:32 PM EST | SMS | Incoming | Cool, I was just wasn't sure if you knew that you can get a free number | 2026-01-13_18-05-32_EST_990a_01.txt |
| 2026/01/13 | 06:05:41 PM EST | SMS | Incoming | I'm saying don't wait nobody's in your business and you're being safe | 2026-01-13_18-05-41_EST_b99b_01.txt |
| 2026/01/13 | 06:05:56 PM EST | SMS | Incoming | I'll see you at nine. Send me the address to that hospital you're talking about or you want me to show up | 2026-01-13_18-05-56_EST_0e8b_01.txt |
| 2026/01/13 | 06:06:06 PM EST | SMS | Incoming | And I'll come see you twice a week When do you plan on moving to Virginia? | 2026-01-13_18-06-06_EST_4691_01.txt |
| 2026/01/13 | 06:06:10 PM EST | SMS | Outgoing | oh i have to be sneaky | 2026-01-13_18-06-10_EST_8ab5_01.txt |
| 2026/01/13 | 06:06:21 PM EST | SMS | Outgoing | oh i have to be sneaky | 2026-01-13_18-06-21_EST_9b09_01.txt |
| 2026/01/13 | 06:06:58 PM EST | SMS | Incoming | There's nothing wrong with sneaky, you just gotta be really smart | 2026-01-13_18-06-58_EST_6c2f_01.txt |
| 2026/01/13 | 06:07:02 PM EST | SMS | Incoming | When is she planning on moving? | 2026-01-13_18-07-02_EST_46ac_01.txt |
| 2026/01/13 | 06:07:22 PM EST | SMS | Incoming | Hopefully, not anytime soon | 2026-01-13_18-07-22_EST_8692_01.txt |
| 2026/01/13 | 06:07:26 PM EST | SMS | Outgoing | its on State Street Nathan littar | 2026-01-13_18-07-26_EST_11f1_01.txt |
| 2026/01/13 | 06:07:35 PM EST | SMS | Incoming | Go ahead and send that address over to me, and I will send you a text at 9 o'clock when I'm there at that address | 2026-01-13_18-07-35_EST_ef82_01.txt |
| 2026/01/13 | 06:09:17 PM EST | SMS | Outgoing | can you google it? i know its State Street. Near Comrie Ave. | 2026-01-13_18-09-17_EST_44d3_01.txt |
| 2026/01/13 | 06:09:27 PM EST | SMS | Outgoing | can you google it? i know its State Street. Near Comrie Ave. | 2026-01-13_18-09-27_EST_ab8a_01.txt |

| Date | Time | | Type | Dir | Message | File |
|---|---|---|---|---|---|---|
| 2026/01/13 | 06:11:46 PM EST | | SMS | Outgoing | let me know if you cant find it i will try to google it | 2026-01-13_18-11-46_EST_afdb_01.txt |
| 2026/01/13 | 06:22:25 PM EST | | SMS | Outgoing | oh i have to be sneaky | 2026-01-13_18-22-25_EST_fdab_01.txt |
| 2026/01/13 | 06:32:10 PM EST | | SMS | Incoming | How are you sneaky? I gotta hear this. I'm probably gonna get a good laugh. | 2026-01-13_18-32-10_EST_57b8_01.txt |
| 2026/01/13 | 06:37:31 PM EST | | SMS | Incoming | Yeah, I found the address you were talking about | 2026-01-13_18-37-31_EST_f391_01.txt |
| 2026/01/13 | 06:40:31 PM EST | | SMS | Outgoing | by hiding all this from mom i know she has a lot of parental stuff on my phone but she doesn't know apps. she took snapchat away because I sent a nude once but she doesn't realize how many apps are out there | 2026-01-13_18-40-31_EST_2c2c_01.txt |
| 2026/01/13 | 06:41:41 PM EST | | SMS | Incoming | Yeah, that's smart but it's also smart for you to delete everything every day your interactions with other people just in case she does stumble up finance she doesn't read any conversations | 2026-01-13_18-41-41_EST_d831_01.txt |
| 2026/01/13 | 06:42:24 PM EST | | SMS | Incoming | I got an app just like you, and I just delete everything So my girlfriend, just in case she goes through my phone and comes across the app she doesn't read anything | 2026-01-13_18-42-24_EST_2d8c_01.txt |
| 2026/01/13 | 06:42:33 PM EST | | SMS | Outgoing | oh yeah i delete everything | 2026-01-13_18-42-33_EST_7648_01.txt |
| 2026/01/13 | 06:42:48 PM EST | | SMS | Incoming | But what I normally do is I download the app, and then when I'm done using it, I delete the app, and I just downloaded again each time I needed it and all the information is still there that I need | 2026-01-13_18-42-48_EST_8d80_01.txt |
| 2026/01/13 | 06:43:38 PM EST | | SMS | Incoming | I used to have a friend with benefits, but she moved to Florida My girl struggles with mental health issues, so I feel sad for her Everybody tells me I should break up with her, but I don't | 2026-01-13_18-43-38_EST_6c60_01.txt |
| 2026/01/13 | 06:44:04 PM EST | | SMS | Outgoing | oh hahaha i usually just jump apps..lol ill try that | 2026-01-13_18-44-04_EST_bdd8_01.txt |
| 2026/01/13 | 06:46:31 PM EST | | SMS | Outgoing | oh hahaha i usually just jump apps..lol ill try that | 2026-01-13_18-46-31_EST_5153_01.txt |
| 2026/01/13 | 06:46:39 PM EST | | SMS | Outgoing | are still coming over? | 2026-01-13_18-46-39_EST_f6b9_01.txt |
| 2026/01/13 | 06:56:59 PM EST | | SMS | Outgoing | you must be a nice guy if you dont break up with her. do you love her? | 2026-01-13_18-56-59_EST_55a6_01.txt |

| 2026/01/13 | 07:21:30 PM EST | | SMS | Incoming | Yes | 2026-01-13_19-21-30_EST_d3dc_01.txt |
|---|---|---|---|---|---|---|
| 2026/01/13 | 07:21:39 PM EST | | SMS | Incoming | I'll send you a text when I'm over there | 2026-01-13_19-21-39_EST_984c_01.txt |
| 2026/01/13 | 07:21:46 PM EST | | SMS | Incoming | 9 o'clock | 2026-01-13_19-21-46_EST_665a_01.txt |
| 2026/01/13 | 07:22:03 PM EST | | SMS | Outgoing | ok see you at 9 😊 | 2026-01-13_19-22-03_EST_a16b_01.txt |
| 2026/01/13 | 07:24:14 PM EST | | SMS | Incoming | Wear something nice for me, baby girl | 2026-01-13_19-24-14_EST_f9d4_01.txt |
| 2026/01/13 | 07:24:44 PM EST | | SMS | Incoming | You seem really sweet, we totally have to get together a couple times a week Hopefully, she doesn't move anytime soon | 2026-01-13_19-24-44_EST_5d4f_01.txt |
| 2026/01/13 | 07:25:55 PM EST | | SMS | Outgoing | i hope not too she has not told me an exact date she may be waiting until school is out so it could be possible | 2026-01-13_19-25-55_EST_2bf3_01.txt |
| 2026/01/13 | 07:26:25 PM EST | | SMS | Outgoing | would you like me to wear a dress? | 2026-01-13_19-26-25_EST_3cc3_01.txt |
| 2026/01/13 | 07:30:59 PM EST | | SMS | Incoming | Whatever you feel comfortable in Can't wait to see you | 2026-01-13_19-30-59_EST_47b9_01.txt |
| 2026/01/13 | 07:31:14 PM EST | | SMS | Incoming | If I can finish up what I'm doing, I might come earlier. I'll let you know. | 2026-01-13_19-31-14_EST_3eee_01.txt |
| 2026/01/13 | 07:31:46 PM EST | | SMS | Outgoing | ok i will find something nice to wear 😊 | 2026-01-13_19-31-46_EST_2725_01.txt |
| 2026/01/13 | 07:58:57 PM EST | | SMS | Incoming | Nobody's gonna walk in on us Just asking, I don't even know if you have any siblings or, you think your mom's whoever gets home early | 2026-01-13_19-58-57_EST_fabd_01.txt |
| 2026/01/13 | 07:59:16 PM EST | | SMS | Incoming | I'm curious on what you're wearing You're probably gonna spoil me and send me a picture | 2026-01-13_19-59-16_EST_d944_01.txt |
| 2026/01/13 | 08:00:12 PM EST | | SMS | Outgoing | no im an only child and i can see my mom is at work an hour and a half away | 2026-01-13_20-00-12_EST_c76c_01.txt |
| 2026/01/13 | 08:00:19 PM EST | | SMS | Outgoing | on life360 | 2026-01-13_20-00-19_EST_e27e_01.txt |
| 2026/01/13 | 08:05:49 PM EST | | SMS | Incoming | Wow, I can't imagine being the only child. I would be getting in all kinds of trouble. | 2026-01-13_20-05-49_EST_97da_01.txt |
| 2026/01/13 | 08:06:25 PM EST | | SMS | Outgoing | how many sisters and brothers you have | 2026-01-13_20-06-25_EST_6040_01.txt |
| 2026/01/13 | 08:07:33 PM EST | | SMS | Incoming | So she don't get home until 4 o'clock So we're good for an hour | 2026-01-13_20-07-33_EST_7808_01.txt |

| Date | Time | | Type | Dir | Message | File |
|---|---|---|---|---|---|---|
| 2026/01/13 | 08:07:44 PM EST | | SMS | Incoming | Definitely gotta keep me informed on everything especially if we're getting together twice a week | 2026-01-13_20-07-44_EST_4d65_01.txt |
| 2026/01/13 | 08:08:03 PM EST | | SMS | Incoming | Did she tell you when she's moving to Virginia? Cause I can definitely see you down there too I got Family there. I go down there to visit my family. | 2026-01-13_20-08-03_EST_2d7d_01.txt |
| 2026/01/13 | 08:08:14 PM EST | | SMS | Incoming | Well, I guess it depends on which part of Virginia, it's a pretty good size state | 2026-01-13_20-08-14_EST_22eb_01.txt |
| 2026/01/13 | 08:08:19 PM EST | | SMS | Outgoing | life 360 is spot on i know when she is on the move | 2026-01-13_20-08-19_EST_7c81_01.txt |
| 2026/01/13 | 08:08:21 PM EST | | SMS | Incoming | I got a family in Richmond, Virginia | 2026-01-13_20-08-21_EST_77de_01.txt |
| 2026/01/13 | 08:08:32 PM EST | | SMS | Incoming | Five sisters nine brothers | 2026-01-13_20-08-32_EST_7eb1_01.txt |
| 2026/01/13 | 08:08:44 PM EST | | SMS | Outgoing | i dont know where in virgina | 2026-01-13_20-08-44_EST_3b86_01.txt |
| 2026/01/13 | 08:09:12 PM EST | | SMS | Outgoing | wow thats alot | 2026-01-13_20-09-12_EST_571f_01.txt |
| 2026/01/13 | 08:09:56 PM EST | | SMS | Incoming | I got time this Thursday to come. See you too if she's working. | 2026-01-13_20-09-56_EST_9519_01.txt |
| 2026/01/13 | 08:10:28 PM EST | | SMS | Incoming | She's definitely moving to Virginia? But you don't know when. | 2026-01-13_20-10-28_EST_5d8a_01.txt |
| 2026/01/13 | 08:10:37 PM EST | | SMS | Outgoing | i will have to find out if she is working | 2026-01-13_20-10-37_EST_fbd4_01.txt |
| 2026/01/13 | 08:10:47 PM EST | | SMS | Outgoing | she keeps her schedule in her bag | 2026-01-13_20-10-47_EST_5377_01.txt |
| 2026/01/13 | 08:11:17 PM EST | | SMS | Outgoing | your still coming tonight? | 2026-01-13_20-11-17_EST_233e_01.txt |
| 2026/01/13 | 08:11:39 PM EST | | SMS | Incoming | Yes | 2026-01-13_20-11-39_EST_6c13_01.txt |
| 2026/01/13 | 08:12:16 PM EST | | SMS | Outgoing | yay 😊 | 2026-01-13_20-12-16_EST_a41e_01.txt |
| 2026/01/13 | 08:12:20 PM EST | | SMS | Incoming | This app is so slow with messages | 2026-01-13_20-12-20_EST_7830_01.txt |
| 2026/01/13 | 08:12:33 PM EST | | SMS | Incoming | When you go to Virginia, you gotta stay in touch with me, you wanna see me in Virginia too | 2026-01-13_20-12-33_EST_f606_01.txt |
| 2026/01/13 | 08:12:59 PM EST | | SMS | Outgoing | yes will you still give me money? | 2026-01-13_20-12-59_EST_6f05_01.txt |

| 2026/01/13 | 08:13:22 PM EST | | SMS | Outgoing | and we can be sneaky...lol | | 2026-01-13_20-13-22_EST_87b4_01.txt |
|---|---|---|---|---|---|---|---|
| 2026/01/13 | 08:15:43 PM EST | | SMS | Incoming | Yes | | 2026-01-13_20-15-43_EST_50cc_01.txt |
| 2026/01/13 | 08:16:21 PM EST | | SMS | Incoming | Yeah, you don't want your boyfriend to find out<br><br>You gotta be clever | | 2026-01-13_20-16-21_EST_703e_01.txt |
| 2026/01/13 | 08:16:41 PM EST | | SMS | Incoming | Do you love your boyfriend? | | 2026-01-13_20-16-41_EST_5be0_01.txt |
| 2026/01/13 | 08:17:58 PM EST | | Call | Outgoing | | 0:007 | 2026-01-13_20-17-58_EST.wav |
| 2026/01/13 | 08:18:40 PM EST | | SMS | Outgoing | i just tried calling you are you driving you didn't pick up | | 2026-01-13_20-18-40_EST_f1f8_01.txt |
| 2026/01/13 | 08:20:26 PM EST | | SMS | Incoming | Yes | | 2026-01-13_20-20-26_EST_ceff_01.txt |
| 2026/01/13 | 08:21:06 PM EST | | MMS | Incoming | | | 2026-01-13_20-21-06_EST_633101.jpg |
| 2026/01/13 | 08:21:59 PM EST | | SMS | Outgoing | yay you coming to me? | | 2026-01-13_20-21-59_EST_a958_01.txt |
| 2026/01/13 | 08:22:14 PM EST | | SMS | Incoming | Yes | | 2026-01-13_20-22-14_EST_19ee_01.txt |
| 2026/01/13 | 08:22:36 PM EST | | SMS | Incoming | You keep on asking me that I already told you I'm coming<br>You must get people playing games with you telling you they're coming and they never show up | | 2026-01-13_20-22-36_EST_f846_01.txt |
| 2026/01/13 | 08:22:39 PM EST | | SMS | Outgoing | 😛 | | 2026-01-13_20-22-39_EST_7d94_01.txt |
| 2026/01/13 | 08:22:44 PM EST | | SMS | Incoming | Why people playing games with you like that? | | 2026-01-13_20-22-44_EST_b124_01.txt |
| 2026/01/13 | 08:23:35 PM EST | | SMS | Incoming | Anytime I'll tell you I'm coming. You can always count on me. I'm not like other people. | | 2026-01-13_20-23-35_EST_a594_01.txt |
| 2026/01/13 | 08:23:46 PM EST | | SMS | Outgoing | yes | | 2026-01-13_20-23-46_EST_a8aa_01.txt |
| 2026/01/13 | 08:23:58 PM EST | | SMS | Incoming | I keep things real, I don't play any games. I don't disrespect. | | 2026-01-13_20-23-58_EST_6fe2_01.txt |
| 2026/01/13 | 08:24:11 PM EST | | SMS | Incoming | Too many fake people in the world you can always be yourself around me | | 2026-01-13_20-24-11_EST_e192_01.txt |

| Date | Time | | Type | Dir | Message | File |
|---|---|---|---|---|---|---|
| 2026/01/13 | 08:24:27 PM EST | | SMS | Outgoing | i like that | 2026-01-13_20-24-27_EST_4dc8_01.txt |
| 2026/01/13 | 08:25:13 PM EST | | SMS | Outgoing | ok ill let you drive i don't want you to get in an accident | 2026-01-13_20-25-13_EST_bf40_01.txt |
| 2026/01/13 | 08:25:14 PM EST | | SMS | Incoming | I just asked you always keep it real with me. You never have to sugarcoat anything. | 2026-01-13_20-25-14_EST_3527_01.txt |
| 2026/01/13 | 08:25:57 PM EST | | SMS | Outgoing | good i would love that. | 2026-01-13_20-25-57_EST_aa23_01.txt |
| 2026/01/13 | 08:25:59 PM EST | | SMS | Incoming | I feel the best way to get to know anybody is always being yourself, no reason it's to hide anything. Either a person likes you. or they don't. | 2026-01-13_20-25-59_EST_5ad4_01.txt |
| 2026/01/13 | 08:26:41 PM EST | | SMS | Outgoing | not like school drama everyone is so clicky | 2026-01-13_20-26-41_EST_e300_01.txt |
| 2026/01/13 | 08:27:06 PM EST | | SMS | Incoming | What's your boyfriend gonna drop out of school when he turned 16 and moved to Virginia? | 2026-01-13_20-27-06_EST_5afd_01.txt |
| 2026/01/13 | 08:27:45 PM EST | | SMS | Incoming | Yeah, school fucking sucks. I remember. | 2026-01-13_20-27-45_EST_8d29_01.txt |
| 2026/01/13 | 08:27:51 PM EST | | SMS | Incoming | Nothing with gossip | 2026-01-13_20-27-51_EST_a53c_01.txt |
| 2026/01/13 | 08:27:59 PM EST | | SMS | Outgoing | i don't know he may go to school there too. | 2026-01-13_20-27-59_EST_a2ee_01.txt |
| 2026/01/13 | 08:28:33 PM EST | | SMS | Incoming | You lost your virginity to your boyfriend how old were you? | 2026-01-13_20-28-33_EST_9faf_01.txt |
| 2026/01/13 | 08:30:33 PM EST | | SMS | Outgoing | 14 it was recently. i wasn't his first tho 😖 | 2026-01-13_20-30-33_EST_0a7b_01.txt |
| 2026/01/13 | 08:32:05 PM EST | | SMS | Incoming | Okay | 2026-01-13_20-32-05_EST_9d5a_01.txt |
| 2026/01/13 | 08:32:45 PM EST | | SMS | Incoming | Yeah, it's just really important on what you're doing you're careful, cause you have to watch out for the police trying to catch people And also your mom going through your phone if she comes across the app That's why each night you should go into your app and delete all your messages with everybody And always be on the safe side | 2026-01-13_20-32-45_EST_2549_01.txt |
| 2026/01/13 | 08:33:12 PM EST | | SMS | Incoming | When you're 17, you ain't gonna have to worry about any of that stuff | 2026-01-13_20-33-12_EST_51ba_01.txt |
| 2026/01/13 | 08:33:32 PM EST | | SMS | Incoming | Send me a picture so I can see what you and your boyfriend look like together, you two are probably cute together I know you | 2026-01-13_20-33-32_EST_dd9e_01.txt |

13

| | | | | | care a great deal about him because of everything you're doing | |
|---|---|---|---|---|---|---|
| 2026/ 01/13 | 08:34:02 PM EST | | SMS | Outgoing | i do delete everything | 2026-01-13_20-34-02_EST_357d_01.txt |
| 2026/ 01/13 | 08:34:51 PM EST | | SMS | Outgoing | i cant wait to be older i hate having rules | 2026-01-13_20-34-51_EST_20b2_01.txt |
| 2026/ 01/13 | 08:35:54 PM EST | | SMS | Incoming | Hell, yeah that's why I ran away at 15 But it's tough when you're run away that Young because one time the police found me and brought me back to my parents At 16 I left for good but I stayed in school. I just got smarter at hiding. | 2026-01-13_20-35-54_EST_29a3_01.txt |
| 2026/ 01/13 | 08:36:36 PM EST | | SMS | Outgoing | wow i bet it was hard | 2026-01-13_20-36-36_EST_4765_01.txt |
| 2026/ 01/13 | 08:36:49 PM EST | | SMS | Outgoing | im too scared to run away | 2026-01-13_20-36-49_EST_db64_01.txt |
| 2026/ 01/13 | 08:36:49 PM EST | | SMS | Incoming | But sounds like you're doing all the right things. You just gotta be very smart. Very clever think about everything from every angle, so you never get caught at anything, always deny everything no matter what anybody says. Before you know it, you'll be at a high school school Have your own place and do whatever the fuck you want to do? | 2026-01-13_20-36-49_EST_8f40_01.txt |
| 2026/ 01/13 | 08:37:11 PM EST | | SMS | Incoming | Yeah, I want to run away, because they're always gonna look for you, that's a mistake I made | 2026-01-13_20-37-11_EST_84bb_01.txt |
| 2026/ 01/13 | 08:38:05 PM EST | | SMS | Incoming | So it's always smart to stay at home, play along with the rules. Earn all the trust you can, which will give you more freedom. And really use your brain to think about everything, from every angle when you're doing anything sit that way you're always covering your ass | 2026-01-13_20-38-05_EST_9ad0_01.txt |
| 2026/ 01/13 | 08:38:16 PM EST | | SMS | Incoming | You're not gonna be 14 forever girl | 2026-01-13_20-38-16_EST_2f2b_01.txt |
| 2026/ 01/13 | 08:39:00 PM EST | | SMS | Outgoing | i know thats why i try to keep mom off my ass but i do like my freedom | 2026-01-13_20-39-00_EST_2282_01.txt |
| 2026/ 01/13 | 08:39:34 PM EST | | SMS | Incoming | When somebody's pissing you off and you're having a really bad day, and you're feeling like leaving You just gotta take a deep breath and remind yourself there's 24 hours in a day, you're gonna get through today and tomorrow's a new day Life is a challenge, even when you're on your own. But you always gotta remember there's only | 2026-01-13_20-39-34_EST_db4f_01.txt |

| | | | | | | |
|---|---|---|---|---|---|---|
| | | | | | 24 hours in a day. There's always another day with new problems. Some people get hung up on their past, and it slows down their progress in life | |
| 2026/01/13 | 08:39:55 PM EST | | SMS | Incoming | Shit, life happens, you have to make mistakes to learn from them, that's how we all learn We just don't want to continue repeating the same mistake | 2026-01-13_20-39-55_EST_aa95_01.txt |
| 2026/01/13 | 08:41:11 PM EST | | SMS | Incoming | I remember when I was your age, my parents I had a ton of rules, and went and always let me hang out with my friends., I used to go against it and always got myself in trouble.So one day, I said I'm just gonna play along, that earned so much more trust in their book, that I was able to get out of the house more often after school, they thought I was working at part-time job, when I was actually hanging out with friends, I just cut myself out of trouble because some of my friends were troublemakers | 2026-01-13_20-41-11_EST_8029_01.txt |
| 2026/01/13 | 08:41:45 PM EST | | SMS | Incoming | Send me that picture what are you and your boyfriend look like together? | 2026-01-13_20-41-45_EST_6aeb_01.txt |
| 2026/01/13 | 08:42:25 PM EST | | SMS | Outgoing | ya thats why i dont deal with school drama im like whatever girl | 2026-01-13_20-42-25_EST_e3a8_01.txt |
| 2026/01/13 | 08:43:45 PM EST | | SMS | Incoming | Yeah, that's very smart. I'll pay attention to those fuckers at school, because in the back of your mind you already know you're better and smarter than doing shit. They have no clue what to do. | 2026-01-13_20-43-45_EST_653e_01.txt |
| 2026/01/13 | 08:44:09 PM EST | | SMS | Outgoing | ok let me find a good one | 2026-01-13_20-44-09_EST_1d26_01.txt |
| 2026/01/13 | 08:44:28 PM EST | | SMS | Incoming | You're very independent I can tell Most of those fuckers in school, or just bozos | 2026-01-13_20-44-28_EST_d995_01.txt |
| 2026/01/13 | 08:44:37 PM EST | | SMS | Incoming | Don't give them any energy, you're better than that You'll be out of school before you know it, and then you'll have all kinds of freedom to travel and do whatever you want | 2026-01-13_20-44-37_EST_1c3b_01.txt |
| 2026/01/13 | 08:47:08 PM EST | | SMS | Outgoing | are you sure your diving your doing alot of texting i dont want you to crash please be careful | 2026-01-13_20-47-08_EST_c037_01.txt |
| 2026/01/13 | 08:48:00 PM EST | | SMS | Incoming | No, I'll be careful. Let me see that picture girl. | 2026-01-13_20-48-00_EST_0afe_01.txt |
| 2026/01/13 | 08:51:16 PM EST | | MMS | Outgoing | | 2026-01-13_20-51-16_EST_72d701.jpg |

15

| 2026/01/13 | 08:52:27 PM EST | | SMS | Outgoing | hes kinda a punk | 2026-01-13_20-52-27_EST_108b_01.txt |
|---|---|---|---|---|---|---|
| 2026/01/13 | 08:53:04 PM EST | | SMS | Incoming | You are so cute | 2026-01-13_20-53-04_EST_e78f_01.txt |
| 2026/01/13 | 08:53:13 PM EST | | SMS | Incoming | Freaking cute | 2026-01-13_20-53-13_EST_83a6_01.txt |
| 2026/01/13 | 08:53:41 PM EST | | SMS | Incoming | What did you put on for an outfit? I'm curious let me see. | 2026-01-13_20-53-41_EST_c443_01.txt |
| 2026/01/13 | 08:54:29 PM EST | | SMS | Outgoing | no its a surprise you can see it when you get here are you close | 2026-01-13_20-54-29_EST_3612_01.txt |
| 2026/01/13 | 08:55:18 PM EST | | MMS | Incoming | | 2026-01-13_20-55-18_EST_047601.jpg |
| 2026/01/13 | 08:55:20 PM EST | | SMS | Incoming | What's your address? | 2026-01-13_20-55-20_EST_b2a0_01.txt |
| 2026/01/13 | 08:56:20 PM EST | | SMS | Incoming | Here | 2026-01-13_20-56-20_EST_6ac1_01.txt |
| 2026/01/13 | 08:57:48 PM EST | | SMS | Outgoing | overlook ridge apts 3 santos drive | 2026-01-13_20-57-48_EST_791c_01.txt |
| 2026/01/13 | 08:58:57 PM EST | | SMS | Outgoing | im so excited 😍 | 2026-01-13_20-58-57_EST_5d4e_01.txt |
| 2026/01/13 | 09:03:12 PM EST | | SMS | Incoming | Here | 2026-01-13_21-03-12_EST_74a3_01.txt |
| 2026/01/13 | 09:03:25 PM EST | | SMS | Incoming | I'm parked in front of a building number one | 2026-01-13_21-03-25_EST_bd64_01.txt |
| 2026/01/13 | 09:03:34 PM EST | | SMS | Incoming | Which building number are you at? You can meet me at the door, baby girl. | 2026-01-13_21-03-34_EST_823b_01.txt |
| 2026/01/13 | 09:03:49 PM EST | | SMS | Outgoing | im building 3 all the way in the back | 2026-01-13_21-03-49_EST_f720_01.txt |
| 2026/01/13 | 09:03:54 PM EST | | SMS | Outgoing | apt 303 | 2026-01-13_21-03-54_EST_d371_01.txt |
| 2026/01/13 | 09:03:58 PM EST | | SMS | Incoming | You had somebody at your house like this before? | 2026-01-13_21-03-58_EST_d26c_01.txt |

16

3. In the text exchanges, TROTTER makes the first contact with the UC and asks "Age, nationality." The UC responds "im a white girl," and im 14." TROTTER then asks, "What do you charge."

4. TROTTER also asks, "Are you on birth control?" and "Are you using your regular cell phone number?" During this exchange he describes using an app to hide his text messages, which he deletes when he no longer needs it.

5. On January 13, 2026, at approximately 6:03 pm, TROTTER called the UC. He says, "I forgot you said you go to school," and "I keep on thinking, oh shit, she said she's 14." TROTTER also says, "I'll come see you. No condom, I'll pull out. I'll give you a buck fifty. I'll cum in a paper towel." After the phone conversation, the text messages continued with TROTTER sending photos as proof that he was driving to meet the UC.

6. On January 13, 2026, at approximately 9:08 pm, TROTTER arrived at 3 Santos Drive, Apartment 303, Gloversville, New York, the location where he had planned to meet the UC. TROTTER knocked on the door, and was arrested.

7. During a post-arrest *Mirandized* interview, TROTTER agreed to speak with investigators and denied that he had discussed a sexual act over text message, but when presented with the fact that it occurred on a phone call, did not deny that the verbal exchange had occurred. TROTTER was allowed to make numerous phone calls from a speaker phone in the Gloversville Police Station. On these calls, which are recorded, TROTTER made admissions about corresponding via text with who he believed was a 14-year-old, and driving to Gloversville, where he was caught in a "sting."

8. The social-networking website initially used to communicate with TROTTER necessarily requires the use of the Internet. The Internet is an interconnected network of computers with which one communicates when on-line, is a network that crosses state and national borders,

and is a facility of interstate and foreign commerce.

## Conclusion

9. Based upon the information and evidence set forth above, I respectfully submit that, there is probable cause to establish that on or about January 13, 2026, within the Northern District of New York, KENNETH TROTTER has violated 18 United States Code, Sections 1591(a)(1) and 1594(a), by in and affecting interstate commerce attempting to entice, obtain, patronize, and solicit a person, knowing that person had not attained the age of 18, and would be caused to engage in a commercial sex act. There is also probable cause to establish that TROTTER has violated 18 United States Code, Section 2422(b) by knowingly persuading, inducing, enticing, or coercing an individual who has not attained the age of 18 years, to engage in prostitution or any sexual activity. Accordingly, your affiant requests that a criminal complaint be issued pursuant to these violations of federal law.

Attested to by the Applicant in Accordance
with the Requirements of Rule 4.1 of the Federal
Rules of Criminal Procedure

_____
Brandon J. Hudson
Task Force Officer
Federal Bureau of Investigation

Sworn to me this 30 day of January, 2026.

_____
Hon. Daniel J. Stewart
United States Magistrate Judge

19